IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-10-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) ) MARCIO SANTOS-PORTILLO, ) ) Defendant. ) | **ORDER** |

This matter is before the court on Defendant's motion to reopen his detention hearing for consideration of new information having a material bearing on the issue of release or detention. There being no opposition to Defendant's motion and for good cause shown, the court GRANTS Defendant's motion to reopen [DE #63] and hereby schedules this matter for a detention hearing on **May 13, 2019, at 10:00 a.m.**

This 6th day of May 2019.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge